# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

LONNIE D. HAGGERTY,

                Petitioner

        v.

COURT OF COMMON PLEAS OF
INDIANA COUNTY,

                Respondent

: No. 42 WM 2015
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of October, 2015, the Application for Relief per Pa.R.A.P. 123 is **GRANTED** to the extent that it seeks permission for Petitioner to refile his original pleadings and a directive that the Prothonotary docket those pleadings.